IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON SMITHERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:22-cv-295-ECM |
| | )                (WO) |
| CHILTON COUNTY JUD. SYSM., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On July 7, 2022, the Magistrate Judge entered a Recommendation (doc. 4) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to pay the initial partial filing fee or file a motion to proceed *in forma pauperis* as ordered by the Court.

A separate Final Judgment will be entered.

DONE this 2nd day of August, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE